UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Lewis Mathews,

Plaintiff,

vs.

Fairview Health Services,

Defendant.

CASE NO.: 01-CV-2151 ADM/AJB

**STIPULATION AND ORDER**

## STIPULATION

**WHEREAS,** this case was commenced on November 27, 2001;

**WHEREAS,** discovery is currently scheduled to end on September 30, 2002;

**WHEREAS,** the parties will be unable to complete depositions previously noticed;

**WHEREAS,** the parties believe that they will need an additional 14 days to complete discovery;

**IT IS HEREBY STIPULATED AND AGREED** to by the parties, through their respective attorneys, that the scheduling order should be amended as follows:

1. The discovery deadline to complete depositions noticed before September 23, 2002, shall be extended to October 14, 2002; and
2. all other deadlines in this matter shall remain unchanged.



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FOR THE PLAINTIFF:

Dated: 9. 30, 2002

GREENMAN & OSTROM

By ______________________________

Ruth Y. Ostrom, #245641
Mark A. Greenman, #228990
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, Minnesota 55415
Telephone: (612) 677-8300

FOR THE DEFENDANT:

Dated: 9/26, 2002

FELHABER, LARSON, FENLON & VOGT, P.A.

By ______________________________

Paul J. Zech, #164250
Penelope J. Phillips, #200876
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402-4302
Telephone: (612) 339-6321

**ORDER**

Based on the foregoing Stipulation, and for good cause show, the scheduling order shall be amended to extend the deadline to complete depositions noticed before September 23, 2002, to October 14, 2002.

IT IS SO ORDERED.

Dated: 10/3, 2002

The Honorable Arthur J. Boylan
Magistrate Judge, United States District Court