UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Lewis Mathews,

Plaintiff,

vs.

Fairview Health Services,

Defendant.

**STIPULATION AND ORDER**

File No. 01-CV-2151 (ADM/AJB)

**STIPULATION**

The parties, through their respective counsel, hereby stipulate agree that the scheduling order may be amended to change the filing deadline for dispositive motions **from January 1, 2003 to January 24, 2003** and the trial ready date may be changed **from March 1, 2003 to March 24, 2003** or upon the resolution of dispositive motions.

FOR THE PLAINTIFF:

Dated: 12/10, 2002

GREENMAN & OSTROM

Mark A. Greenman, #228990
Ruth Y. Ostrom, #245641
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
612/677-8300

DEC 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FOR THE DEFENDANT:

FELHABER, LARSON, FENLON & VOGT, P.A.

Paul Zech, #162450
225 South 6th St., Suite 4200
Minneapolis, MN 55402-4302
612/339-6321

**ORDER**

Based on the foregoing Stipulation, **IT IS HEREBY ORDERED** that the scheduling order is amended to change the filing deadline for dispositive motions **from January 1, 2003 to January 24, 2003** and the trial ready date may be changed **from March 1, 2003 to March 24, 2003** or upon the resolution of dispositive motions.

Arthur J. Boylan
Magistrate Judge of U.S. District Court

12/12/02
Dated