**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Lewis Mathews,

Plaintiff,

vs.

Fairview Health Services,

Defendant.

File No. 01-CV-2151 ADM/AJB

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED:

That the above-entitled matter is hereby dismissed with prejudice without costs awarded to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 15, 2003

The Honorable Ann D. Montgomery
Judge of U.S. District Court

JUL 1 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK